UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 24 PM 1:54

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

1998 White FORD F-150
Bearing California, license plates: 5V39183
VIN: 1FTZF1724WKB79675

**APPLICATION AND AFFIDAVIT**

FOR SEIZURE WARRANT

**CASE NUMBER:** '08 MJ 1943

I, Josue M. Arellano, being duly sworn depose and say:

I am a U.S. Border Patrol Agent (Official Title), and have reason to believe in the Southern District of California, there is now certain property, namely:

1998 White FORD F-150, Bearing California, license plates: 5V39183, VIN: 1FTZF1724WKB79675,

which is a vehicle/conveyance which was used in the commission of a violation of Title 8, United States Code, Section 1324 (a) (1) (B), Transportation of Undocumented Aliens, and is therefore subject to seizure and forfeiture to the United States.

The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT, WHICH IS HEREBY INCORPORATED BY REFERENCE AND MADE A PART HEREOF.

Signature of Affiant

Sworn to before me, and subscribed in my presence

6/24/08 1:30 p.m. at San Diego, California
Date/Time issued

Honorable Louisa S. Porter

United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT

UNITED STATES OF AMERICA )
) ss
SOUTHERN JUDICIAL DISTRICT OF CALIFORNIA )

I, Josue M. Arellano, being duly sworn, hereby depose and say:

1. I am a Senior Patrol Agent with the U.S. Border Patrol of the United States Department of Homeland Security, Bureau of Customs and Border Protection. I have been an agent for 5 years and 6 months. I am currently assigned to the Asset Forfeiture Office for the San Diego Sector Border Patrol. I make this affidavit based upon information related to me through oral and written reports, which I have reviewed regarding this, and other investigations reported to me directly or indirectly by United States Border Patrol (hereinafter referred to as "USBP") agents and other law enforcement agents.

2. This affidavit is made in support of a seizure warrant for a white 1998 FORD F-150 (hereinafter referred to as A1998 FORD F-150@), bearing California license plate number 5V39183, and vehicle identification number (VIN) 1FTZF1724WKB79675. The 1998 FORD F-150 was used in the commission of a violation of Title 8, United States Code, Section 1324, transportation of undocumented aliens. This seizure warrant is sought pursuant to Title 8, United States Code, Section 1324(b) and Code of Federal Regulations, Section 274.4.

3. On June 9, 2008 at approximately 4:25 a.m., Supervisory USBP Agent Cruz Alvarado (hereinafter referred to as "SBPA Alvarado") witnessed one Hispanic adult male subject occupying the white 1998 FORD F-150, at an area known as "Cactus," an area located at the intersection of Cactus Road and Calle de la Linea in Otay Mesa, in the Southern District of California. The area

is approximately 100 yards north of the US/Mexico International border fence, and some three miles west of the Otay Mesa Port of Entry.

4. On June 9, 2008, at approximately 4:22 a.m., the operator of a USBP Remote Video Surveillance System watched 12 subjects in the Republic of Mexico as they climbed over the United States/Mexico International border fence, and illegally entered the United States. The international border fence in that particular area is approximately 12 feet high. It is not unusual for subjects to attempt to climb over the fence in that general area. They usually accomplish the feat by placing a ladder on the twelve-foot fence. After reaching the top of the fence, the subjects will then jump over the top and come to rest on the United States side. The operator of the USBP video remote surveillance camera observed the subjects running towards the secondary fence near an area referred to as "Cactus." The operator of the video remote surveillance camera immediately notified USBP Sector Radio Dispatch of the above described illegal entry and the approximate location of the incident. USBP agents responded to the scene as seven of the above-mentioned subjects were climbing over the secondary fence. Such entry into the United States from Mexico by anyone, regardless of citizenship, is against federal law.

5. When USBP agents arrived at the area they were assaulted by four to five subjects throwing rocks. Approximately 15 rocks were thrown at the USBP agents. It is common practice that illegal entrants throw rocks at the USBP agents and their service vehicles in an effort to facilitate the furtherance of other illegal entrants into the US. One rock made contact with a marked USBP vehicle (identified as vehicle "K73079") on the passenger side window. No rock-throwers were captured, and no arrests were made during this incident. The seven subjects who climbed over the secondary fence were observed by USBP agents as they boarded the white 1998 FORD F-150

bearing California license plate 5V39183. SBPA Alvarado was one of the USBP agents on patrol in the "Cactus" area when the above-described events occurred. At that time, he was wearing his USBP uniform and operating a marked USBP patrol vehicle. SBPA Alvarado spotted the white 1998 FORD F-150 moments after the information of the illegal entry was reported via service radio. The agent watched as the 1998 FORD F-150 drove north from the location near the loading site. SBPA Alvarado observed one person in the cab of the truck and saw two people in the bed of the truck who behaved as if attempting to conceal themselves from view. However, from time to time, the riders in the bed of the truck would lift their heads up, thereby revealing themselves. Based upon the report from the USBP Remote Video Surveillance System operator and the observations of the responding USBP agents, SBPA Alvarado resolved to follow the truck.

6. SBPA Alvarado attempted an immigration stop. Alvarado activated his emergency lights and siren, and positioned his marked USBP service vehicle directly behind the white 1998 FORD F-150. The driver of the 1998 FORD F-150 accelerated at a high rate of speed in what appeared to SBPA Alvarado as an attempt to abscond. SBPA Alvarado notified USBP Sector Communications of the failure to yield. As he followed the fleeing 1998 FORD F-150, SBPA Alvarado relayed the license plate information of the vehicle. The driver persisted in his failure to obey SBPA Alvarado's instructions. It was apparent to the pursuing agent that the driver of the white 1998 FORD F-150 was attempting to avoid apprehension. SBPA Alvarado followed the 1998 FORD F-150 north in his marked USBP service vehicle on Cactus Road to Highway 905, where the truck turned left and continued west. The truck exited Highway 905, turned onto the Northbound Interstate 805 ramp, and proceeded north down the highway.

7. As SBPA Alvarado pursued the white 1998 FORD F-150 in his marked USBP vehicle, he was able to compile an accurate vehicle description. He also noted the chassis was riding low, and the rear bumper was low to the ground. The vehicle appeared to be heavily laden. SBPA Alvarado also witnessed numerous subjects attempting to conceal themselves in the open bed of the truck.

8. SBPA Alvarado was able to keep constant visual contact with the fleeing white 1998 FORD F-150 truck. As the truck raced down the highway, SBPA Alvarado requested USBP air support, and assistance from the California Highway Patrol (hereinafter referred to as "CHP"). Sector Communications informed Agent Alvarado that USBP air support was not available, and that CHP would not engage in pursuit. As the white 1998 FORD F-150 truck traveled northbound on Interstate 805, the driver maintained a dangerously high rate of speed. The excessive speed and reckless behavior demonstrated the driver's blatant disregard for a host of traffic laws as well as the safety of the motoring public. Given the presence of legions of other innocent motorists on the highway, the high speed of the white 1998 FORD F-150, and its driver's apparent desperation to flee from the pursuing USBP vehicle, SBPA Alvarado resolved to terminate his pursuit of the vehicle. SBPA Alvarado disengaged from the fleeing truck in consideration for the other motorists on the highway, as well as for the occupants of the white 1998 FORD F-150. The white 1998 FORD F-150 was last seen by SBPA Alvarado as it raced north on Highway 805.

9. Your affiant submits that the above-stated facts support the conclusion that the white 1998 FORD F-150 was engaged in the illegal transportation of undocumented aliens. The seven subjects were witnessed as they made an illegal entry into the United States from Mexico. Upon entering the United States, all seven subjects hurried directly to the area where the white 1998 FORD

F-150 was waiting. As soon as the seven illegal immigrants boarded the 1998 FORD F-150, it immediately commenced its journey northward. When hailed by the marked USBP patrol vehicle and ordered to pull to the side of the road and stop, the driver of the white 1998 FORD F-150 not only failed to yield, but accelerated away at a high rate of speed and fled the area. The high-speed flight and reckless driving exhibited by the operator of the white 1998 FORD F-150 demonstrated not only a disregard for law enforcement, but an elevated level of desperation. Throughout the pursuit, it was apparent to SBPA Alvarado that the driver of the white 1998 FORD F-150 would take virtually any risk to avoid apprehension. Your affiant submits the factual statement herein directly proves this white 1998 FORD F-150, Bearing California, License Plate # **5V39183**, VIN: **1FTZF1724WKB79675** and its operators were involved in the illegal transportation of undocumented aliens, in violation of, Title, 8 United States Code, Section 1324. This seizure warrant is sought pursuant to Title 8, United States Code, Section 1324(b), as well as Title 8 Code of Federal Regulations, Section 274.4.

10. It is respectfully requested that this Court authorize the seizure of the white 1998 FORD F-150 if encountered on a road, highway or any public place at any time of the day or night. Based on my experience, I know it is common practice for alien smugglers to smuggle and transport aliens into and throughout the United States from Mexico during the night. Aliens also frequently cross the United States/Mexico International Border during the nighttime and early morning hours when USBP shift changes occur. The white 1998 FORD F-150 vehicle is at large and could be encountered most anytime and virtually anywhere in this district. In my training and experience, it is quite likely the 1998 FORD F-150 will again be pressed into service as an undocumented alien smuggling and transportation vehicle.

11. Based on the above information and observations, I believe there is probable cause to believe that the white 1998 FORD F-150 bearing California, License Plate # **5V39183,** was illegally used to facilitate the transportation of undocumented aliens and in the transporting of undocumented aliens in violation of Title 8, United States Code 1324 and is therefore subject to seizure and forfeiture to the United States pursuant to Title 8, United States Code, Section 1324 (b), and Title 8, Code of Federal Regulations, Section 274.4. I request that a seizure warrant be authorized, and that the seizure warrant be valid 24 hours a day if the vehicle is found in a public place or is encountered while being operated on a public road during the night and early morning hours.

12. Having signed this affidavit under oath, the affiant states that its contents are true and correct to the best of my knowledge, information and belief.

By: ______________________
Josue M. Arellano, Agent
United States Border Patrol
San Diego Sector

Subscribed and sworn to before me this 24th day of June, 2008.

______________________
United States Magistrate Judge

Affidavit in Support of Seizure warrant for a white 1998 FORD F-150 bearing California, license plate number 5V39183, vehicle identification number (VIN) 1FTZF1724WKB79675